IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BILL LIETZKE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF PHILADELPHIA, ET PA,<br><br>　　　　　　Defendant. | 4:20CV3018<br><br>**MEMORANDUM<br>AND ORDER** |

　　　　This matter is before the court on its own motion. The above-captioned matter has been provisionally filed on February 10, 2020. However, due to certain technical defects, the Complaint cannot be further processed until such defects are corrected. To assure further consideration of the Complaint, Plaintiff must correct the defects listed below. FAILURE TO CORRECT THE DEFECTS MAY RESULT IN DISMISSAL OF THE COMPLAINT.

　　　　1.　　Plaintiff has failed to sign the Complaint (Filing 1) in accordance with Federal Rule of Civil Procedure 11 and the court's Local Rules. This matter cannot proceed until the Complaint is signed.

　　　　2.　　Plaintiff has failed to sign the Application to Proceed in District Court Without Prepaying Fees or Costs (Filing 2). The Application cannot be considered until it is signed.

　　　　IT IS THEREFORE ORDERED:

　　　　1. Plaintiff is directed to correct the above-listed technical defects on or before April 1, 2020.

　　　　2. Failure to comply with this Memorandum and Order will result in dismissal of this matter without prejudice and without further notice.

　　　　3. The Clerk of the court is directed to set a pro se case management deadline in this matter with the following text: April 1, 2020: deadline for submission of a signed complaint and IFP application.

4. No further review of this case shall take place until Plaintiff complies with this order.

Dated this 2nd day of March, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge